JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR - 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN TRI TRAN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 09-3290- RNB<br><br>**JUDGMENT** |

　　In accordance with the Order Affirming Decision of Commissioner filed herewith,

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: March 4, 2010

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE